No. 132, Misc. McDERMOTT *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 133, Misc. LEWIS *v.* FRYE, WARDEN, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 141, Misc. NOLAN *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS ET AL. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States in opposition.

No. 147, Misc. SLAUGHTER *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 251, Misc. RODRIGUEZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Arthur John Keeffe* for petitioner. *Lloyd H. Butterfield* for respondent.

No. 291, Misc. PEARSALL *v.* FLORIDA. Ct. App. Fla., 1st Dist. Certiorari denied. *Luke G. Galant* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Raymond L. Marky,* Assistant Attorney General, for respondent.

No. 368, Misc. BOWEN *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Robert J. Corcoran* and *Jay Dushoff* for petitioner. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 371, Misc. WHITE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.